# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARYL WATERS A/K/A DARYL
WATTERS

NO. 2021 KW 1005

NOVEMBER 5, 2021

---

In Re:     Daryl Waters a/k/a Daryl Watters, applying for
           supervisory writs, 16th Judicial District Court,
           Parish of St. Mary, No. 1992-133509.

---

**BEFORE:     WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

                         **VGW**
                         **AHP**
                         **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_(signature)_

DEPUTY CLERK OF COURT
FOR THE COURT